O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BODNAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. EDCV 11-291-DSF (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; (2) granting Defendant's Motion for Summary Judgment in part and denying Defendant's Motion for Summary Judgment in part; and (3) directing that Judgment be entered dismissing Plaintiff's claims regarding

1 | SWDC and his claims based solely on emotional injury with prejudice. Plaintiff's
2 | claim regarding the backflushing problem and lack of access to cleaning supplies at
3 | RPDC shall proceed to trial.

DATED: 6/16/14

*/s/ Dale S. Fischer*
DALE S. FISCHER
United States District Judge

Prepared by:

*/s/ Oswald Parada*
HONORABLE OSWALD PARADA
United States Magistrate Judge